UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSE D. RINE,                              )        CASE NO. 11-7894 AGR
                        Plaintiff,          )
                                            )        JUDGMENT
            vs.                             )
                                            )
MICHAEL J. ASTRUE, Commissioner of )
Social Security,                            )
                                            )
                        Defendant.          )
_____ )

        IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that

this action is remanded to the Commissioner for further proceedings consistent with

the Memorandum Opinion and Order.

DATED: September 17, 2012          _____
                                            ALICIA G. ROSENBERG
                                       United States Magistrate Judge